**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jamil T Williams         CHAPTER 13
      Debtor(s)

BKY. NO. 12-17844 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of U.S. BANK, NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2078

                                       Respectfully submitted,

                                       **/s/Thomas Puleo, Esquire**
                                       Thomas Puleo, Esquire
                                       Brian C. Nicholas, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6306  FAX (215) 825-6406