# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-17844-JKF

JAMIL T WILLIAMS

104 W. COURTLAND STREET
PHILADELPHIA, PA 19140

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  JAMIL T WILLIAMS

  104 W. COURTLAND STREET
  PHILADELPHIA, PA 19140

Counsel for debtor(s), by electronic notice only.

  JONATHAN KRINICK ESQ
  WILLIG, WILLIAMS & DAVIDSON
  1845 WALNUT ST, 24TH FLOOR
  PHILA, PA 19103-

Date: 4/28/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee