Certificate Number: 00927-PAE-DE-029421007

Bankruptcy Case Number: 12-17844



00927-PAE-DE-029421007

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 14, 2017</u>, at <u>2:53</u> o'clock <u>PM EDT</u>, <u>Jamil T Williams</u> completed a course on personal financial management given <u>by internet</u> by <u>247 Bankruptcy Class, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>June 14, 2017</u>　　　　　　By:   <u>/s/OLIVIA MARTINEZ for RICHARD A GARCIA</u>

　　　　　　　　　　　　　　　　　　Name:  <u>RICHARD A GARCIA</u>

　　　　　　　　　　　　　　　　　　Title:  <u>PRESIDENT and INSTRUCTOR</u>