WILLIG, WILLIAMS & DAVIDSON
**BY: JONATHAN KRINICK, ESQUIRE**     **Attorney for Debtor**
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JAMIL T. WILLIAMS, | : | Chapter 13 |
|         Debtor | : | Bankr. No. 12-17844-jkf |
| | : | |
| | : | **Hearing: 7/20/17** |
| | |         **9:30 AM** |
| | |         **Bankruptcy Court** |
| | |         **Courtroom 3** |
| | |         **900 Market Street** |
| | |         **Philadelphia, PA 19107** |

**CERTIFICATE OF SERVICE**

I, Jonathan Krinick, Esquire, counsel for the Debtor, hereby certifies that a copy of the Motion To Reconsider And Vacate Order Of Dismissal and the Notice of Motion, Response Deadline and Hearing Date was served by regular mail this day to:

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107-3704

U.S. Attorney Office
c/o Virginia Powel, Esquire
615 Chestnut Street
Room 1250
Philadelphia, PA 19106-4404

AFNI, Inc.
P. O. Box 3667
Bloomington, IL  61702-3667

Department of Education
FedLoan Servicing
P. O. Box 530210
Atlanta, GA 30353-0210

PHFA
211 North Front Street
P. O. Box 15057
Harrisburg, PA 17105-5057

U.S. Department of Education
P. O. Box 65128
Saint Paul, MN 55165

William W. Siegel & Associates
7 Penn Plaza
New York, NY 10001-3967

(p) City of Phila School District of Phila
Municipal Services Building
1401 John F. Kennedy Blvd, 5th Floor
Philadelphia, PA 19102-1617

Philadelphia
900 Market Street, Suite 400
Philadelphia, PA 19107-4233

American InfoSource LP as agent for
DIRECTV, LLC
Mail Station N387
2230 E. Imperial Hwy
El Segundo, CA 90245-3504

FedLoan Servicing
P. O. Box 69184
Harrisburg, PA 17106-9184

U.S. Bank, National Association, et al
PHFA
211 North Front Street
Harrisburg, PA 17101-1466
Attn: ALSV/Anne

U.S. Department of Education-National Payment
P. O. Box 105028
Atlanta, GA 30348-5028

Pennsylvania Department of Revenue
Bankruptcy Division
P. O. Box 280946
Harrisburg, PA 17128-0946

AFNI
P. O. Box 3096
Bloomington, IL 61702-3097

American InfoSource LP as agent for
Midland Funding LLC
P. O. Box 269941
Oklahoma City, OK 73126-8941

Federal Loan Servicing
P. O. Box 69184
Harrisburg, PA 17106-9184

U.S. Bank National Association
c/o Andrew F. Gornall
701 Market Street, Suite 5000
Philadelphia, PA  19106-1541

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107-4405

City of Philadelphia Law Department
Tax Unit/Bankruptcy Dept
1515 Arch Street, 15th Floor
Philadelphia, PA 19102-1595

(d) City of Philadelphia, Law Dept.
Tax Unit-Bankruptcy Group
1401 John F. Kennedy Blvd, 5th Floor
Philadelphia, PA 19102-1595

Date: 6/30/17                                                /s/ Jonathan Krinick
                                                             JONATHAN KRINICK, ESQ
                                                             Counsel for the Debtor(s)