United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-17844-jkf
Jamil T Williams                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW         Page 1 of 2          Date Rcvd: Jun 29, 2017
                             Form ID: pdf900        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db          +Jamil T Williams,    104 W. Courtland Street,    Philadelphia, PA 19140-1605
12969044    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
12970440     Department of Education,    FedLoan Servicing,    P.O. Box 530210,    Atlanta GA 30353-0210
12967690     FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
12836575    +Federal Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
12979431    +U.S. BANK, NATIONAL ASSOCIATION, et al,     PHFA,    211 North Front Street,
              Harrisburg, PA 17101-1466,    Attn: ALSV/Anne
12966358    +U.S. Bank National Association,    c/o ANDREW F GORNALL,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
12969240     U.S. Department of Education,    P.O. Box 65128,    Saint Paul, MN 55165
12970437     U.S. Department of Education-National Payment Cent,     PO Box 105028,    Atlanta, GA 30348-5028
12836577    +William W. Siegel & Assoc.,    7 Penn Plaza,    New York, NY 10001-3967

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jun 30 2017 01:21:46     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2017 01:21:15
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 30 2017 01:21:43     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12836574    +E-mail/Text: EBNProcessing@afni.com Jun 30 2017 01:21:32     AFNI,    PO Box 3097,
              Bloomington, IL 61702-3097
12913204    +E-mail/Text: EBNProcessing@afni.com Jun 30 2017 01:21:32     Afni, Inc.,    PO Box 3667,
              Bloomington, IL 61702-3667
12845313     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2017 01:22:13
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK 73126-8941
12944403     E-mail/Text: bankruptcy@phila.gov Jun 30 2017 01:21:46     City of Philadelphia, Law Department,
              Tax Unit - Bankruptcy Group,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
12836576    +E-mail/Text: blegal@phfa.org Jun 30 2017 01:21:30     PHFA,    211 North Front Street,
              PO Box 15057,    Harrisburg, PA 17105-5057
                                                                                            TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12967691*    FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association Et Al
              agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JONATHAN KRINICK    on behalf of Debtor Jamil T Williams jkrinick@wwdlaw.com,
              jkrinick@hotmail.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
              dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association Et Al lhaller@pkh.com,
              dmaurer@pkh.com

District/off: 0313-2          User: ChrissyW          Page 2 of 2          Date Rcvd: Jun 29, 2017
                             Form ID: pdf900         Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association Et Al
            tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMIL T WILLIAMS                              Chapter 13


                          Debtor              Bankruptcy No. 12-17844-JKF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
                                              Jean K. FitzSimon
                                              Bankruptcy Judge

**Date: June 29, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JONATHAN KRINICK ESQ
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT ST, 24TH FLOOR
PHILA, PA 19103-


Debtor:
JAMIL T WILLIAMS


104 W. COURTLAND STREET
PHILADELPHIA, PA 19140