WILLIG, WILLIAMS & DAVIDSON
BY: JONATHAN KRINICK, ESQUIRE  Attorney for Debtor
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

---

## UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| JAMIL T. WILLIAMS : | Bankruptcy No. 12-17844 |
| : | |
| Debtor(s) : | |

### PRAECIPE TO WITHDRAW
### MOTION TO RECONSIDER AND VACATE ORDER OF DISMISSAL

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please mark as WITHDRAWN the Motion filed on the docket in this case as #87 and titled Motion To Reconsider And Vacate Order Of Dismissal.

                Respectfully submitted,

8/30/17              /s/ Jonathan Krinick
DATE               JONATHAN KRINICK, ESQUIRE
                Counsel for Debtor